# Cases & Deaths in Allegheny County, Pennsylvania

Data through Sat Jan 08 2022

**Total Cases (last 7 days)**   22714

Case Rate (last 7 days)   1867.86

% Change (last 7 days)   101.19

**Total Deaths (last 7 days)**   59

Death Rate (last 7 days)   4.85

% Change (last 7 days)   73.53



Sun Aug 01 2021 - Sat, Jan 8th 2022

Use slider to update time series chart

Daily Cases - 7-Day Moving Average

Daily Deaths - 7-Day Moving Average



EXHIBIT 1


Centers for Disease Control and Prevention

# COVID Data Tracker

## United States at a Glance                                                              Collapse —

**United States**
At a Glance

**Cases** Total    59,521,277
Last 30 Days

**Deaths** Total    834,077
Last 30 Days

**79.0% of People 5+ with At Least One Vaccination**

**Community Transmission**   High

---

Data Tracker Home

COVID Data Tracker Weekly Review

Your Community

**County View**

Forecasting

Vaccinations in the US

Pandemic Vulnerability Index

Health Equity Data

Pediatric Data

Pregnancy Data

Vaccination Delivery and Coverage

## COVID-19 Integrated County View

Maps, charts, and data provided by CDC, updates daily by 8 pm ET†

This site provides an integrated, county view of key data for monitoring the COVID-19 pandemic in the United States. It allows for the exploration of standardized data across the country.§ The footnotes describe each data source and the methods used for calculating the metrics. For the most complete and up-to-date data for any particular county or state, visit the relevant health department website. Additional data and features are forthcoming.

§County level data are not available for territories. Territory level data is available under the **Cases, Deaths, and Testing tab**. Data presented here for District of Columbia may differ from those presented on the **Cases, Deaths, and Testing tab** due to reporting differences for each tab. For CDC's most up to date data for District of Columbia, select District of Columbia in the dropdown on this tab or see the map below.

The percent of the population coverage metrics are capped at 95%. Learn how CDC estimates vaccination coverage.



Vaccine Effectiveness and Breakthrough Surveillance +

How to Find a COVID-19 Vaccine

Who is Recommended to Receive Booster Doses?

Cases, Deaths, and Testing +

State or territory:

Pennsylvania

Demographic Trends +

County or metro area:

Allegheny County

Health Care Settings +

Reset Selections

Variants and Genomic Surveillance +

Antibody Seroprevalence +

## Allegheny County, Pennsylvania

State Health Department

**7-day Metrics** | 7-day Percent Change

People at Increased Risk +

Community Transmission  ● High

Everyone in **Allegheny County, Pennsylvania** should wear a mask in public, indoor settings. Mask requirements might vary from place to place. Make sure you follow local laws, rules, regulations or guidance.

Multisystem Inflammatory Syndrome in Children (MIS-C)

Prevention Measures and Social Impact +

How is community transmission calculated?

Additional COVID-related Data +

|  | January 10, 2022 |
|---|---|
| Cases | 22,714 |
| Case Rate per 100k | 1,867.86 |
| % Positivity | 32.31% |
| Deaths | 59 |
| % of population ≥ 5 years of age fully vaccinated | 70.5% |
| New Hospital Admissions | 686 |

Communications Resources

COVID-19 Home

✉ Get Email Updates

**On this page:**

Sign up to receive the COVID Data Tracker Weekly Review.

Cases & Deaths

Email Address:

Testing

Email Address

Vaccinations

What's this?   Submit

Hospitalizations

Community Characteristics

Data Downloads and Footnotes

Data Type:

Level of Community Transmission

Map Metric:

Level of Community Transmission

View a Time Lapse

Download Image

● High  ● Substantial  ● Moderate  ● Low
● No Data



Current 7-days is Sun Jan 02 2022 - Sat Jan 08 2022 for case rate and Fri Dec 31 2021 - Thu Jan 06 2022 for percent positivity. The percent change in counties at each level of transmission is the absolute change compared to the previous 7-day period.

## Cases & Deaths in Allegheny County, Pennsylvania



Data through Sat Jan 08 2022

Sun Aug 01 2021 - Sat, Jan 8th 2022
Use slider to update time series chart

**Total Cases (last 7 days)** 22714
Case Rate (last 7 days) 1867.86
% Change (last 7 days) 101.19

**Total Deaths (last 7 days)** 59
Death Rate (last 7 days) 4.85
% Change (last 7 days) 73.53

Top of Page

## Testing in Allegheny County, Pennsylvania



Data through Thu Jan 06 2022

Tue, Jan 21st 2020 - Sat, Jan 8th 2022
Use slider to update time series chart

**% Positivity (last 7 days)** 32.31
% Change (last 7 days) 8.43

Data through Sun Jan 02 2022

| | |
|---|---|
| Tests Performed (last 7 days) | 43222 |
| Test Rate (last 7 days) | 3568.06 |
| % Change (last 7 days) | 8.06 |



Daily Tests Performed - 7-Day Moving Average

Learn more about testing for COVID-19.

Top of Page

## Vaccinations in Allegheny County, Pennsylvania

| People Vaccinated | At Least One Dose | Fully Vaccinated |
|---|---|---|
| Total | 937,036 | 812,505 |
| % of Total Population | 77.1% | 66.8% |
| Population ≥ 5 Years of Age | 936,931 | 812,460 |
| % of Population ≥ 5 Years of Age | 81.3% | 70.5% |
| Population ≥ 12 Years of Age | 903,653 | 786,939 |
| % of Population ≥ 12 Years of Age | 84.8% | 73.9% |
| Population ≥ 18 Years of Age | 854,441 | 743,160 |
| % of Population ≥ 18 Years of Age | 86.4% | 75.1% |
| Population ≥ 65 Years of Age | 228,679 | 201,336 |
| % of Population ≥ 65 Years of Age | 95% | 85.6% |

Learn more about the COVID-19 Vaccine.

Percent of Pennsylvania's fully vaccinated recipients with valid county of residence: **94.6%**
States with lower percentages for valid county of residence should be interpreted with caution.

| People Fully Vaccinated with a Booster ‡ | Boosters |
|---|---|
| Total | 328,980 |
| % of Fully Vaccinated Population with a Booster Dose | 40.5% |
| Fully Vaccinated Population ≥ 18 Years of Age with a Booster Dose | 325,483 |
| % of Fully Vaccinated Population ≥ 18 Years | |



| | |
|---|---|
| of Age with a Booster Dose | 42.8% |
| Fully Vaccinated Population ≥ 50 Years of Age with a Booster Dose | 216,681 |
| % of Fully Vaccinated Population ≥ 50 Years of Age with a Booster Dose | 55.4% |
| Fully Vaccinated Population ≥ 65 Years of Age with a Booster Dose | 129,783 |
| % of Fully Vaccinated Population ≥ 65 Years of Age with a Booster Dose | 64.5% |

Some COVID-19 vaccine recipients are recommended to receive booster doses.

‡The count of people who received a booster dose includes anyone who is fully vaccinated and has received another dose of COVID-19 vaccine since August 13, 2021. This includes people who received booster doses and people who received additional doses.

Top of Page

## Hospitalizations in Allegheny County, Pennsylvania

Download Image

Data through Fri Jan 07 2022

Tue, Jan 21st 2020 - Sat, Jan 8th 2022
Use slider to update time series chart

| | |
|---|---|
| New Admissions (last 7 days) | 680 |
| Rate of New Admissions per 100 beds (last 7 days) | 14.45 |
| Rate of New Admissions per 100k people (last 7 days) | 56.41 |
| % Beds Used (last 7 days) | 14.31 |
| % Change (last 7 days) | 15% |
| (last 7 days) | 3.41 |
| % ICU Beds Used (last 7 days) | 19.79 |
| % Change (last 7 days) | 30% |



Daily Hospital Admissions - 7-Day Moving Average

Daily % Beds Used

Daily % ICU Beds Used

## Community Characteristics for Allegheny County, Pennsylvania

| Characteristic | County Estimate | Statewide Estimate | US Total Estimate |
| --- | --- | --- | --- |
| **Population:** | 1,216,045 | 12,801,989 | 331,996,199 |
| **Population density (people per sq. mile):** | 1,665.55 | 286.12 | 94 |
| **Household size:** | 2.21 | 2.46 | 2.52 |
| **Percent uninsured:** | 4.3 | 6.2 | 9.2 |
| **Percent living in poverty:** | 12.1 | 12.8 | 10.5 |
| **Percent population 65yrs and over:** | 19.35 | 18.7 | 16.3 |
| **CDC Social Vulnerability Index (SVI):** | 0.2506 | N/A | N/A |
| **COVID-19 Community Vulnerability Index (CCVI):** | 0.11 | N/A | N/A |
| **Metropolitan Classification:** | Metro | N/A | N/A |
| **NCHS Urban/Rural Classification:** | Large central metro | N/A | N/A |
| **Rural-Urban Continuum Code Classification:** | Counties in metro areas of 1 million | N/A | N/A |



population
or more

Top of Page

## Data Downloads and Footnotes

Expand each accordion to view data table and download data

County Level Vaccination Data for Pennsylvania  +

County Level Latest Data for Pennsylvania  +

County Level Timeseries Data for Pennsylvania  +

| Level of Community Transmission as Posted on COVID Data Tracker |
| Level of Community Transmission Incorporating Historical Changes |
| View Historic Vaccination Data |

Top of Page

Footnotes  +

### How do levels of community transmission affect schools?
See guidance for COVID-19 prevention in K-12 schools

### How do these data compare to states?
Find case and death counts by state

HAVE QUESTIONS?

 Visit CDC-INFO

Call 800-232-4636

Email CDC-INFO

Open 24/7

CDC INFORMATION



About CDC
Jobs
Funding
Policies
File Viewers & Players

Privacy
FOIA
No Fear Act
OIG
Nondiscrimination
Accessibility
Vulnerability Disclosure Policy

CONNECT WITH CDC



U.S. Department of Health & Human Services
USA.gov
CDC Website Exit Disclaimer

