# Special Education Data Report
## School Year 2020-2021

### North Allegheny SD

Where this symbol (---) appears, the PDE is not displaying these data on this report to guard against improper statistical comparisons due to small group sizes (n=10 or less), and to protect the confidentiality of those students with

### Enrollment (School Age)
*Source: December 1, 2020 Child Count*

|  | LEA | State |
|---|---|---|
| Total Enrollment ^ | 8,506 | 1,698,870 |
| Total Special Education Enrollment | 1,009 | 307,594 |
| Percent Special Education | 11.9% | 18.1% |

**Percent of Special Education Enrollment by Disability**

|  | LEA | State |
|---|---|---|
| Autism | 14.1% | 12.1% |
| Deaf-Blindness | --- | 0.0% |
| Emotional Disturbance | 8.8% | 8.5% |
| Hearing Impairment Including Deafness | 2.1% | 0.9% |
| Intellectual Disability (Mental Retardation) | 4.4% | 6.2% |
| Multiple Disabilities | --- | 1.0% |
| Orthopedic Impairment | --- | 0.2% |
| Other Health Impairment | 18.3% | 17.4% |
| Specific Learning Disability | 29.3% | 39.2% |
| Speech or Language Impairment | 20.5% | 14.1% |
| Traumatic Brain Injury | --- | 0.2% |
| Visual Impairment Including Blindness | --- | 0.3% |

^ Total Enrollment, for Special Education reporting purposes, includes all students enrolled in an LEA, regardless of the location where a student is receiving services.

### Race/Ethnicity (School Age)
*Source: December 1, 2020 Child Count*

|  | Spec ED | LEA |
|---|---|---|
| American Indian/Alaska Native | --- | --- |
| Asian | 9.0% | 18.9% |
| Black or African American | 2.2% | 1.7% |
| Hispanic | 4.7% | 2.7% |
| Multiracial | 2.9% | 2.9% |
| Native Hawaiian/Other Pacific Islander | --- | --- |
| White | 81.2% | 73.6% |

### Educational Environments (Ages 6-21, Age 5 School Age)
*Source: December 1, 2020 Child Count*



| Category | LEA | State |
|---|---|---|
| SE Inside Regular Class 80% Or More | 63.8% | 62.1% |
| SE Inside Regular Class < 40% | 5.9% | 9.8% |
| SE in Other Settings | 4.8% | 4.7% |







EXHIBIT 2  PENSD-800-631-6889