**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 25th day of January, 2022, a true and correct copy of Defendants' Motion to Amend was electronically filed with the Clerk of Courts via the CM/ECF system, which will send notification of such filings via e-mail to the following counsel of record:

Kenneth R. Behrend, Esquire
BEHREND LAWGROUP, LLC
The Pittsburgher, suite 1700
428 Forbes Avenue
Pittsburgh, PA 15219
KRBehrend@Behrendlawgroup.com

Alexander W.Saksen, Esquire
GOLDBERG, KAMIN and GARVIN
1806 Frick Building
437 Grant Stret
Pittsburgh, PA 15219
Alexander@gkattorneys.com

By: /s/ Steven P. Engel
Steven P. Engel, Esquire

Counsel for Defendants, *North Allegheny School District, Richard McClure, Elizabeth Blackburn, Marcie Crowe, Leslie Britton Dozier, Paige Hardy, Kevin Mahler, Vidya Szymkowiak, Elizabeth Werner, and Shannon Yeakel*