IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE 1, and JANE DOE 1 in their own capacity and as parents of CHILD DOE 1, JANE DOE 2, in her own capacity and as parent of CHILD DOE 2 and CHILD DOE 3, JANE DOE 3, in her own capacity and as parent of CHILD DOE 4 and on behalf of those similarly situated, | ) | CIVIL ACTION NO. 2:22-cv-00055- MJH |
| Plaintiffs, | ) | The Honorable Marilyn J. Horan |
| v. | ) | |
| NORTH ALLEGHENY SCHOOL DISTRICT *et al.*, | ) | |
| Defendants | ) | |

**NOTICE OF INTERLOCUTORY APPEAL**

Notice is hereby given that North Allegheny School District, Richard McClure, Elizabeth Blackburn, Marcie Crowe, Leslie Britton Dozier, Paige Hardy, Kevin Mahler, Vidya Szymkowiak, Elizabeth Werner, and Shannon Yeakel, the Defendants in the above-named case, appeal to the United States Court of Appeals for the Third Circuit from the Order of the Honorable Marilyn J. Horan dated January 17, 2022, entered in this action on January 17, 2022 (Docket No. 16), which granted Plaintiff's Motion for a Temporary Restraining Order in the

above action. A true and correct copy of that Order is attached hereto and incorporated herein by reference as Exhibit "1."

Dated: January 25, 2022

Respectfully submitted,

**MAIELLO, BRUNGO & MAIELLO LLP**

/s/ Steven P. Engel
Steven P. Engel, Esquire
Pa. I.D. No. 74524
Southside Works
424 South 27th Street, Suite 210
Pittsburgh, PA 15203
(412) 242-4400

Counsel for Defendants,
*North Allegheny School District, Richard McClure, Elizabeth Blackburn, Marcie Crowe, Leslie Britton Dozier, Paige Hardy, Kevin Mahler, Vidya Szymkowiak, Elizabeth Werner, and Shannon Yeakel*