IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1, JANE DOE 1, *in their own capacity and as parent of CHILD DOE 1*, JANE DOE 2, *in her own capacity and as parent of CHILD DOE 2 and CHILD DOE 3*, and JANE DOE 3, *in her own capacity and as parent of CHILD DOE 4 and on behalf of those similarly situated*,<br><br>        Plaintiffs,<br><br>        v.<br><br>NORTH ALLEGHENY SCHOOL DISTRICT, *a Pennsylvania governmental entity*, RICHARD MCCLURE, ELIZABETH BLACKBURN, MARCIE CROW, LESLIE BRITTON DOZIER, PAIGE HARDY, KEVIN MAHLER, VIDYA SZYMKOWIAK, ELIZABETH WERNER, SHANNON YEAKEL, *all individual elected officials sued in their individual capacity and in their capacity as members of the* NORTH ALLEGHENY SCHOOL DISTRICT BOARD OF DIRECTORS, *a Pennsylvania elected legislative body*, and NORTH ALLEGHENY SCHOOL DISTRICT BOARD OF DIRECTORS, *a Pennsylvania elected legislative body*,<br><br>        Defendants. | 2:22-cv-55<br><br>Judge Marilyn J. Horan |

**SCHEDULING ORDER**

AND NOW this 1st day of February 2022, upon review of Plaintiffs' and Defendants' Proposed Scheduling Orders and accompany briefs in support (ECF Nos. 31, 32, 33, 36), the Court hereby sets the following deadlines for the Preliminary Injunction hearing in this case. The Court shall stay the scheduling of a Preliminary Injunction hearing until after the Third Circuit rules on the certified questions for interlocutory appeal. Written interrogatories may

2

proceed during the pendency of the interlocutory appeal at the discretion of the parties. Such written interrogatories shall be completed within 30 days of a decision from the Third Circuit. Depositions shall be completed within 30 days of a decision from the Third Circuit. This Order may be subject to amendment upon receipt of the Third Circuit's decision on the interlocutory appeal.

Marilyn J. Horan
United States District Judge