IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1, JANE DOE 1, *in their own capacity and as parent of CHILD DOE 1*, JANE DOE 2, *in her own capacity and as parent of CHILD DOE 2 and CHILD DOE 3*, and JANE DOE 3, *in her own capacity and as parent of CHILD DOE 4 and on behalf of those similarly situated*,<br><br>    Plaintiffs,<br><br>    v.<br><br>NORTH ALLEGHENY SCHOOL DISTRICT, *et al.*<br><br>    Defendants. | 2:22-cv-55<br><br>Judge Marilyn J. Horan |

## ORDER OF THE COURT

AND NOW on this 2nd day of March 2022, in accord with the Third Circuit dismissing the appeal in this matter as moot, vacating this Court's January 17, 2022 Opinion and Order, remanding the case to this Court, and instructing this Court to dismiss Plaintiffs' Complaint as moot without prejudice (ECF No. 47), it is hereby ordered that Plaintiffs' Complaint (ECF No. 1) is dismissed as moot, without prejudice.

This case will be marked closed.

*[Signature]*
Marilyn J. Horan
United States District Judge